FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

99 FEB 23 PM 3: 20

U.S. DISTRICT COURT
N.D. OF ALABAMA

JAMES P. CASEY,            }
                           }
     Plaintiff,            }
                           }        CIVIL ACTION NO.
v.                         }
                           }        98-C-2674-NE
CITY OF HUNTSVILLE,        }
                           }
     Defendants.           }
                           }

ENTERED

FEB 23 1999

## MEMORANDUM OPINION

The above-designated action, brought by James P. Casey in this court, is among a total of twenty-seven cases filed by Casey since August 20, 1998. His cases which have been terminated are:

```
98-H-2118-NE    Casey v. City of Huntsville
98-S-2350-NE    Casey v. City of Huntsville
98-N-2375-NE    Casey v. City of Huntsville
98-S-2376-NE    Casey v. Madison County, AL, et al.
98-N-2377-NE    Casey v. Huntsville Gorins, et al.
98-S-2554-NE    Casey v. State of Alabama
98-S-2617-NE    Casey v. State of Alabama
98-S-2635-NE    Casey v. City of Huntsville
98-H-2691-NE    Casey v. State of Alabama, et al.
98-S-2701-NE    Casey v. State of Alabama, et al.
98-S-2742-NE    Casey v. City of Huntsville, et al.
98-S-2822-NE    Casey v. State of Alabama
98-B-2900-NE    Casey v. State of Alabama
98-S-2965-NE    Casey v. Madison County, AL
98-B-2966-NE    Casey v. State of Alabama, et al.
98-B-2967-NE    Casey v. State of Alabama, et al.
98-S-3069-NE    Casey v. WESFAM Restaurants, Inc.
99-S-133-NE     Casey v. WEBSIDESTORY
99-S-134-NE     Casey v. USA Today
99-C-135-NE     Casey v. America's Best Eyewear
99-S-136-NE     Casey v. City of Huntsville, et al.
99-B-284-NE     Casey v. Big Spring Jam, et al.
99-S-285-NE     Casey v. Hardees
99-S-286-NE     Casey v. Burger King
99-B-287-NE     Casey v. Burger King #997
99-C-288-NE     Casey v. Burlington Coat Factor, et al.
```



The Presiding Judge of this court has referred to the undersigned the cases in which Casey is plaintiff. From reading the pleadings and orders entered in all of Casey's cases, both pending and terminated, it is clear that Casey is not only a "frequent filer" but that he is abusing his access to this court by filing numerous frivolous complaints. This court does not have to tolerate such abuse. See opinion and order of the undersigned entered on March 21, 1994, in *Lord Keenan Kester Cofield v. The Law Firm of Cabaniss, Johnston, Gardner, Dumas, & O'Neal, et al.*, CV-94-AR-0648-E.

By separate order the above action will be dismissed as frivolous, and the Clerk will be instructed to present to a Magistrate Judge or Judge of this court all proposed future filings by Casey for prescreening.

DONE this 23rd day of February, 1999

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE